AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BRIAN LANDRY | ) | Case No. 1:23-mj- 105-01-AJ |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 17, 2023** in the county of **Merrimack** in the District of **New Hampshire**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threatening to assault, kidnap or murder member of Congress |

This criminal complaint is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.

/s/ Wesley R. Garland
*Complainant's signature*

Wesley R. Garland, FBI Special Agent
*Printed name and title*

Sworn to via telephone conference.

Date: **Jun 1, 2023**

*Judge's signature*

City and state: Concord, New Hampshire     Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*