UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPS
JUN 02 2023
FILED

IN RE THE MATTER OF:

Brian Landry
(Petitioner's name)

Case No. 23-mj-105-01-AJ
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, Brian Landry

respectfully request appointment of counsel to represent me as a criminal defendant.

I am financially unable to hire counsel. A completed Financial Affidavit is attached. I declare under penalty of perjury that the foregoing is true and correct.

Date: 6/2/23

_Brian N. Landry_
Signature of Petitioner

## RULING BY JUDICIAL OFFICER

[X] Request Approved. Appoint counsel.

[ ] Request Denied.

Date: 6/2/2023

_Andrea K. Moore_
United States Magistrate Judge

USDCNH-17 (Rev. 4/2018) (Previous Editions Obsolete)